## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 17 MAL 2021
                 Respondent    :
                 :
                 :   Petition for Allowance of Appeal
                 :   from the Order of the Superior Court
           v.               :
                 :
DANIEL KHALIL CLARY,        :
                 :
            Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.